IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                              )<br>            Plaintiff,          )<br>                              )            8:09CR113<br>        vs.                   )<br>                              )            ORDER<br>TROY HARRISON,                )<br>                              )<br>            Defendant.        ) | |

   Defendant Troy Harrison (Harrison) appeared before the court on August 28, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 40).  Harrison was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch.  Through his counsel, Harrison waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and that Harrison should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

   The government moved for detention. At the time of the hearing, Harrison was in the custody of Nebraska state authorities.  The motion was held in abeyance pending Harrison coming into federal custody.  Harrison waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

   **IT IS ORDERED**:

   A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on October 31, 2013.**  Defendant must be present in person.

   DATED this 28th day of August, 2013.

                                        BY THE COURT:

                                         s/ Thomas D. Thalken
                                        United States Magistrate Judge